UNITED STATES DISTRICT COURT
OF MASSACHUSETTS No.

FILED
IN CLERKS OFFICE
2026 OCT -8 A 11:55
U.S. DISTRICT COURT
DISTRICT OF MASS.

Aaron Almeida, Petitioner,

Vs.

Kenneth Lizotte, Respondent.

PET'S.MOTION FOR EXTENSION OF TIME TO FILE PETITION

The Petitioner, Aaron Almeida, requests this Court to grant him 30-days extension of time to file his petition for writ of habeas corpus under 28 U.S.C.§2254 since he is pro-se and needs time to obtain assistance and since his time to file petition will expire on October 27,2026, where his state court conviction was affirmed of direct appeal on October 27,2025, according to Commonwealth Vs. Almeida, 496 Mass.716(2025).

The petitioner says he has requested the Clerk's Office to provide him with a blank petition for filing in this matter..

Dated:_______________

Respectfully Submitted
By Petitioner,

_______________
Aaron A.Almeida, pro-se
MCI-Norfolk#W113662
P.O.BOX 43
Norfolk, Mass 02056

[PROOF OF SERVICE]
I, hereby certify that a copy of same was served upon Office of Attorney General for Respondent, by first class mail, postage prepaid.